NOVEMBER 27, 1978

No. 78–553. AUTOMOTIVE SERVICE COUNCILS OF MICHIGAN ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN. Appeal

974

from Ct. App. Mich. dismissed for want of substantial federal question.